**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6164**

TOMMY CARVER,

Plaintiff - Appellant,

v.

JOSEPH L. VALLIERE; SUSAN GLOVER; KIMBERLY CLICK; CATHERINE
BROWN; DEANNA LOFLIN; KENDRA JOHNSON; PATTIE BLUE; MIKE
WILLIAMS; ARNETT COLMAN,

Defendants - Appellees,

and

PAULA SMITH,

Defendant.

Appeal from the United States District Court for the Middle District of North Carolina, at
Greensboro.  Thomas D. Schroeder, Chief District Judge.  (1:17-cv-00986-TDS-JLW)

Submitted:  June 25, 2020                                      Decided:  July 8, 2020

Before FLOYD and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit
Judge.

Affirmed as modified by unpublished per curiam opinion.

Tommy Carver, Appellant Pro Se.   Alan Dale McInnes, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Carver appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Carver's 42 U.S.C. § 1983 (2018) complaint and dismissing without prejudice Carver's state law claim of intentional infliction of emotional distress. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order.[*] *Carver v. Valliere*, No. 1:17-cv-00986-TDS-JLW (M.D.N.C. Jan. 22, 2020). Carver's motion for injunction is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

---

[*] Pursuant to Fed. R. Civ. P. 4(m), the district court dismissed the claims against Kendra Johnson, Pattie Blue, and Arnett Colman because Carver failed to serve process on them. We affirm as modified to reflect that, as required by Rule 4(m), the dismissal of the claims against these defendants is without prejudice.